ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

SEP 21 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

MICHAEL T. BOLIN,
MIRIAM R. BOLIN and
BRANDON CHUMBLER,
    Plaintiffs,
vs
AMERICAN BIO-MEDICA, CORP.,
STATE OF GA, FORSYTH COUNTY,
GA & their PAROLE & PROBATION
OFFICES, MICHAEL PORTER, in
his individual and official
Probation Officer capacity,
John Doe & John Doe Corp.,
    Defendants.

CIVIL FILE # _____

2:12-CV--223

*Verified Complaint
and Jury Demand*

## PLAINTIFFS' VERIFIED COMPLAINT AND JURY DEMAND

COMES NOW Plaintiffs who file their *Complaint and Jury Demand* and show this Court as follows:

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction as to the nature of this law suit and the residence of these parties (the torts occurred in and Plaintiffs live in this jurisdiction as does one or more of the Defendants). Personal jurisdiction for these Defendants is in this Court with proper venue. Plaintiff will supplement, correct or amend this count once they have hired counsel.

### II. THE PARTIES

Plaintiffs:

2. The Plaintiffs all reside within the Gainesville Division.

**_Paragraphs below shall modify each other and viewed as a whole_**

Defendants:

The following Defendants are subject to the jurisdiction of this Court with proper venue and may be served with Summons and Complaint at their addresses listed below and/or by and through their agents for service of process, their officers or officials:

3. **AMERICAN BIO-MEDICA, CORP.** ("ABMC") OF NY which makes

       subject **Rapid TOX** drug testing kit(s) ("Rapid TOX") and is licensed to do business in Georgia and may be served with Summons and Complaint by and through **Stan Cipkowski, Chairman/CEO,** American Bio Medica Corp., ATTN: Corporate Secretary, 122 Smith Road, Kinderhook, NY 12106.

4. **STATE OF GEORGIA,** is a Sovereign State within the United States of America and the Northern District of Georgia, and, upon information and belief, is in charge of the **FORSYTH COUNTY, GA, FELONY PROBATION-PAROLE OFFICE** (a/k/a the DOC's Georgia Probation Department), and may be served with Summons and Complaint by and through the Hon. Sam Olens, Attorney General of Georgia, Office of the Attorney General, 40 Capital Square, SW, Atlanta, GA 30334.

5. **FORSYTH COUNTY, GA** is a duly formed County Government within the State of Georgia and, upon information and belief, is in charge of the **FORSYTH COUNTY, GA, FELONY PROBATION-PAROLE OFFICE** (a/k/a the DOC's Georgia Probation Department), and may be served with Summons and Complaint by and through the Hon. Jim Boff, Chairman, Forsyth Board of Commissioners, Forsyth County, GA, Government Building, 110 E Main St., Cumming, GA 30040 or c/o **Director,** DOC's Georgia Probation Department, 310 Tribble Gap Road, Cumming, GA 30334.

6. **MICHAEL PORTER, in his individual and official [Probation Officer] P.O. capacity** and may be served with Summons and Complaint at his place of employment, Forsyth County, GA, Felony Parole-Probation Office, **c/o** DOC's Georgia Probation Department, 310 Tribble Gap Road, Cumming, GA 30334.

7. **John Doe and John Doe Corporation** are unknown at present, in number and in name, and will be duly and properly served once their identities and service addresses become known.

### III.  BRIEF RELEVANT FACTS

8. On or about April 1, 2012, Plaintiffs Michael Bolin and Brandon Chumbler were drug tested by Defendant Michael

Porter using Defendant ABMC's **Rapid TOX**, testing each twice.

9. The conditions, age of the test kits, the procedures used to test Plaintiffs Michael Bolin and Brandon Chumbler, the *past expiration dates* and the unreliability of the test kits were the sole proximate cause for multiple false positives and 11-day incarceration of and injury to these two Plaintiffs.

10. Upon petition to the Forsyth County Superior Court, courageous judges ordered that these two Plaintiffs be retested (using hair follicle testing instead) and, as a result, false positives generated by **Rapid TOX** test kits[1] came back negative for each of these Plaintiffs.

11. Defendants knew, or should have know, that the **Rapid TOX** drug kits were unreliable, gave excessive false positives, had poor shelf life, test administrators were mal-trained, test and storage procedures were routinely violated or not followed; as a result, the Plaintiffs as well as possibly thousands of probationers and parolees in Georgia (and across the USA and its territories) have been incarcerated and had their constitutional **4th Amend** rights violated due to the known unreliability of this defective drug test kit.

12. This Court needs to inquire into this product, enjoin its use, protect all parolees, etc, in similar situations in GA and in the USA, and compensate Plaintiffs for all damages flowing from Defendants' torts, fraud and/or conspiracies.

### IV.   INITIAL CLAIMS

Due to Defendants actions and/or omissions, individually or

---

[1] Both the first drug tests and second drug tests using the **Rapid TOX** test kits, showed *false positives* for drug presence, ie **MDMA** & **opiates**, for each screening for each of these Plaintiffs. Probation officer, Michael Porter, used these *false positives* to incarcerate these Plaintiffs and force them to remain in Jail from 04-01-2012 to 04-12-2012 and the State then brought new drug charges against these Plaintiffs and they now have drug-related parole violations and arrest records which cannot be expunged.

in concert ("egregious acts"), Plaintiffs have suffered, and will suffer in the future, injuries and damages proximately caused by Defendants' egregious acts and constitutional violations, and Defendants are liable to Plaintiffs for any and all damages flowing therefrom. Plaintiffs, initially, make the following claims against these Defendants, individually and/or in concert:

**Due to these egregious act by Defendants:**

13. Plaintiffs Michael Bolin and Brandon Chumbler have loss of wages exceeding $7,700.00 in the aggregate and will have future loss of wages and of their ability to earn income.
14. Plaintiffs Michael Bolin and Brandon Chumbler have suffered intentional infliction of emotional distress and suffer from its after-effects even today and will suffer in the future.
15. Plaintiff Miriam Bolin has suffered loss of consortium and will so into the foreseeable future.
16. Plaintiffs Michael Bolin and Brandon Chumbler were defamed, wrongfully arrested, incarcerated and charged with felony drug violations and i.e. their probation status and liberty interests were severely affected – *and that stigma remains*.
17. Plaintiffs have had to hire attorneys and have expended over $3,500.00 in attorney fees and costs, in the aggregate, to date, and will have to further deplete their limited resources for additional attorney fees and related costs.
18. Plaintiffs Michael Bolin and Brandon Chumbler have had to pay for the hair follicle drug test and have expended over $600.00 for said drug testing and related expenses.
19. Plaintiffs Michael Bolin and Miriam Bolin had to hire a baby sitter and set up a jail account and phone account and incur other related expenses while Michael Bolin was wrongfully incarcerated at a cost of $972.00 in the aggregate.
20. Plaintiff Brandon Chumbler had to also set up a jail account and phone account and incur other related expenses while wrongfully jailed at a cost of $900.00 in the aggregate.
21. Total special damages, to date, for these Plaintiffs

       combined, amounts to at least $12,500.00 in the aggregate.

22. Recently, Plaintiff Michael Bolin severed the top portion of his left middle finger, clear through the bone (*albeit*, it's now temporarily reattached) in a work-related accident. This accident was, due, in part, to his distraction from and the stress he has been under since the false positive test results and his incarceration--Porter, his parole officer has denied him access to the pain medication prescribed by his surgeon and which he needs to offset the excruciating pain he now feels from the "chopped off" finger digit and Plaintiff Michael Bolin fears future incarceration if he uses any type of pain medicine which stresses him even more.

**<u>Plaintiffs demand a jury trial on all issues, that an injunction issue and they incorporate their attached Verifications herein</u>**

    **WHEREFORE**, Plaintiffs pray that this Court hold a hearing to inquire into the ***Rapid TOX*** drug kit series, temporarily enjoin its use in GA, the USA and its territories until this Court can ensure its accuracy to prevent false arrests (see attached compilation exhibits where a judge also questions its accuracy), inquire into all those affected by false positive tests by ***Rapid TOX*** test kits, allow for class status if deemed proper by this Court, allow Plaintiffs time to hire counsel for themselves, award Plaintiffs **$12,500.00** in special damages, plus sufficient damages to cover their future damages, in part, pain and suffering, loss of consortium, defamation, attorney fees and costs of litigation cast against these Defendants in an amount deemed just by a fair and impartial jury and/or by this Court.

    This 21st day of September, 2012.

_\[signature\]_ (T) 678/600-3481    _\[signature\]_ (T) 678/267-6884
MICHAEL T. BOLIN, Plaintiff    MIRIAM R. BOLIN, Plaintiff
P.O. Box 902, Cumming, GA 30028 → (same)

_\[signature\]_ (T) 678/258-5554
BRANDON CHUMBLER, Plaintiff
P.O. Box 2297, Cumming, GA 30028    **PRO-SE PLAINTIFFS**